## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

Lisa Cremeans,
    Plaintiff

-vs-                                          Case No. 1:10-cv-862

Commissioner of Social Security,
    Defendant

## JUDGMENT

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts. |
| **X** | **Decision by Court:** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendation is **ADOPTED**. The decision of the Commissioner is **AFFIRMED**.


Date: January 10, 2012                        James Bonini, Clerk


                                                        By: s/Mary C. Brown
                                                         Mary C. Brown, Deputy Clerk